1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Alfonzo Ornelas

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10 ALFONZO ORNELAS,                ) Case No.: CV 09-6946 JEM
                                   )
11         Plaintiff,               ) [PROPOSED] **REVISED** ORDER
                                   ) AWARDING EQUAL ACCESS TO
12    vs.                           ) JUSTICE ACT ATTORNEY FEES
                                   ) AND EXPENSES PURSUANT TO 28
13 MICHAEL J. ASTRUE,               ) U.S.C. § 2412(d) AND COSTS
   Commissioner of Social Security, ) PURSUANT TO 28 U.S.C. § 1920
14                                 )
           Defendant                )
15                                 )
   _____)
16

17     Based upon the parties' Revised Stipulation for the Award and Payment of

18 Equal Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $4,400.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Revised

21 Stipulation. It is further order that the Order Awarding Equal Access to Judge Act

22 Attorney Fees and Expenses Pursuant to 28 U.S.C. § 2412(d) and Costs Pursuant

23 ///

24 ///

25 ///

26

-1-

to 28 U.S.C. § 1920, at Docket No. 20, of the above entitled matter shall be stricken.

DATE: 5/11/2011

*/s/ John E. McDermott*
THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Denise Bourgeois Haley*

Denise Bourgeois Haley
Attorney for plaintiff Alfonzo Ornelas